HENRY C. FREY, Appellant, v. GOTTLIEB SCHMID and MARIA SCHMID, Respondents, and YARM REALTY AND HOLDING CORPORATION, Defendant.— Order granting motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from the entry of the order upon this decision. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ANGELINA GARAFOLO, Appellant, v. MICHAEL COZZA and Others, Respondents. — Order dismissing complaint for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., not voting.

SAMUEL GARAFOLO, Appellant, v. MICHAEL COZZA and Others, Respondents.— Order dismissing complaint for lack of prosecution affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., not voting.

EDITH G. GLINES, Respondent, v. WILLIAM H. GLINES, Appellant.— Appeal from so much of order dated June 27, 1930, as denies motion for reargument dismissed upon the ground that an appeal does not lie. (Young v. Corning, 183 App. Div. 923.) Order of said date, in so far as it directs payment of alimony, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order dated June 10, 1930, directing payment of counsel fee dismissed, the appeal having been abandoned and the amount paid. Lazansky, P. J., Kapper and Carswell, JJ., concur; Davis, J., dissents from that part of the order of June 27, 1930, which directs payment of alimony but concurs in the dismissal of the appeal from that part of said order which denies motion for reargument, and in the dismissal of the appeal from the order of June 10, 1930, directing payment of counsel fee; Scudder, J., not voting.

CHARLES D. HARTMAN, JR., Appellant, v. EDWARD W. CLUCAS and Others, Copartners Doing Business under the Firm Name and Style of E. W. CLUCAS & Co., Respondents.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ANNA HODGENS and AUSTIN HODGENS, Respondents, v. NEW YORK EVENING JOURNAL, INC., Appellant, and BRICKEN PROPERTIES CORPORATION, Defendant.— Order denying motion of defendant New York Evening Journal, Inc., to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.